```
__X__ FILED      ____ LODGED
____ RECEIVED    ____ COPY

     OCT 2 0 2021

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Sunntun Cook
Name and Prisoner/Booking Number
#728191  00000 (2C03)

Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Seantun Cook, L.L.C.
(Full Name of Plaintiff)
Drccboys.com

Plaintiff,

v.

(1) AZ Dept of Corrections,
(Full Name of Defendant)
(2) AZ Board For Charges,
(3) Mariacopa County,
(4) Christopher Mocly,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV21-01777-PHX-JJT--JZB**

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Jury Trial Demand

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: Prison Rape Elimination Act 2003

2. Institution/city where violation occurred: _____

## B. DEFENDANTS

1. Name of first Defendant: __AZ Dept Corrections__. The first Defendant is employed as: _____ at _____.
   (Position and Title)                                      (Institution)

2. Name of second Defendant: __AZ Board Exec__. The second Defendant is employed as: _____ at _____.
   (Position and Title)                                      (Institution)

3. Name of third Defendant: __Maricopa County__. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                      (Institution)

4. Name of fourth Defendant: __Christopher Moody__. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                      (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __4__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Swanton Cook__ v. __Corizon Health Serv__
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Settlement Agreement__.

   b. Second prior lawsuit:
      1. Parties: __Swanton Cook__ v. __Charles Ryan__
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Voluntarily Dismissed__.

   c. Third prior lawsuit:
      1. Parties: __Swanton Cook__ v. __Maricopa County__
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Voluntarily Dismissed__.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8th Amend.: Cruel & Unusual Punishment

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☒ Threat to safety ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   [3.A.1] - Plaintiff, Swantum Codih is an obvious androgynous, male to female transgender, whom was housed at A.S.P.C.-Lewis/Barchey Unit (5).

   [3.A.2] While housed at A.S.P.C.-Lewis/Barchey Unit in November 2016, the Plaintiff found self the target of sexual harassment and/or unwanted sexual advances by others.

   [3.A.3] Accordingly, in November 2016, the Plaintiff advised named Defendant(s) Sgt Grimes, Sgt Gonzalez and/or C/O II Doug Brunk of such sexual harassment and/or sexual advances by others.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Due to such sexual assault, Plaintiff contracted Hepatitis (C) and later was diagnosed with PTSD, besides suffering mental anguish, psychological torture and/or emotional distress.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

[3.A.4] - Specifically, in Advising Named Defendants Sgt Grimes, Sgt Gonzalez And/or C/O IV David Greene of such substantial risk of harm to Plaintiff's future health and safety.

[3.A.5] - The Plaintiff Made A Number of Individually Distinct verifiable Requests to Defendants Grimes, Gonzalez And/or David Greene To be moved from Butchey Unit (5) to Butchey Unit (6) whereas could be Monitored by H.D Cameras to Abate Known Substantial Risk of Future Harm

[3.A.6] - Nevertheless, The Plaintiff was advised by Defendants Grimes, Gonzalez And/or David Greene That She could not be moved to Butchey Unit (6) As otherwise did not meet the Pre-requisite Criteria for Housing within Butchey Unit (6).

[3.A.7] - Consequently, As Result of Named Defendants Deliberate Indifference to the Plaintiff's future health and safety.

[3.A.8] The Plaintiff Became Sexually Enslaved by Another Prisoner the Periods of January 2016 To April 2017

## COUNT II

1. State the constitutional or other federal civil right that was violated: 14th Amendment: Due Process

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   [3.A.1] — [illegible] The Plaintiff Sean Kim [illegible] DDW verbally advised Sgt. Grimes, Sgt. Chestnut, and inmate [illegible] soon be subjected victim to prison rape and/or extremely motivated violence.

   [3.A.2] — Upon consultation with defendant David Greene, the Plaintiff was placed into Administrative Segregation/Detention in accordance to DEPT order # 704.04.

   [3.A.3] — While housed in the Administrative Segregation at ASP-[illegible] Browning Unit [illegible] during the months of April 2017 to January 2018.

   [3.A.4] — The Plaintiff advised Native defendant [illegible] David Greene, DSP Officer Jackson, D.H.O. Richardson and James Pitz

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff suffered from Hepatitis C but is now healthy. English capability is destitute [illegible] Bestiality Film [illegible] Environmental Stimulation (loss of teeth).

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   2. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   3. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

of the fact that Welshe had been the victim of sexually motivated violence and subsequently sexually assaulted by another during the approximate periods of January 2017 to April 2017.

[3.A.5]- Additionally, the Plaintiff advised that continued housing at A.S.P.C. Lewis/Buckley Unit posed a substantial risk to the Plaintiff's future health and safety.

[3.A.6]- Nevertheless, Defendants James, Patz, David Greene, Dwayne Russel, Mario Piller, Jackson, Richardson gave Plaintiff a verbal directive to house on the same unit wherein had been sexually assaulted.

[3.A.7]- Specifically, upon advising named Defendants James, Patz, David Greene, Dwayne Russel, Mario Piller, Johnson and R. Henderson of being victim to prior another sexual assault and that continued housing at A.S.P.C.-Lewis/Buckley Unit posed a substantial risk to my future health and safety.

[3.A.8]- Named Defendants Patz, Greene, Russel, Piller, Jackson and Richardson displayed a wilfullness, disregard and/or deliberate indifference

1. The Plaintiff's future Health And Safety
2. Wherein Named Defendant(s) Myra Piller,
3. Dwayne Bussey, Jackson And Curtain
4. Richardson Individually And/Or Collective
5. -ly Issued A Number of Disciplinary
6. Actions As Punishment For Refusing
7. To House on A.S.P.C.-Lewis/Buckley
8. Upon being Victim of Sexual Assault
9. And Seeking Reasonable Safety.
10. [3.A.9] - Consequently, In Accordance
11. To A Common Custom, Policy And
12. or Practise (D.O#704.09), The Plaintiff
13. was Placed in Administrative Segrega-
14. tion/Detention for over (9) consecutive
15. months.
16. 
17. [3.A.10] - While Housed in Administrative
18. Segregation/Detention Locked
19. Down (24) Out of (24) hours Per Week,
20. The Plaintiff was Deprived of (180) Days
21. E.B.C And/or (450) Days Good Time
22. Direly Earned in Accordance to A.R.S§13-603
23. A.R.S§13-702; A.R.S§13-704 As Result
24. of (10) Disciplinary Tickets consecutively
25. Imposed By Defendants Putz, Garcia,
26. Bussey, Piller, Jackson, Richardson.
27. 
28. [3.A.11] - The only Penological Objective
29. To Such Mandatorily Imposed
30. Disciplinary Actions In Accordance To
31. D.O#704.09 was merely to Boost the
32. Plaintiff's Custody Level From A Minimum
33. To Closed Custody inmate thus to
    Achieve Institutional runs And/or

1. [3.A.12] - Nevertheless, such common custom
2. policy and/or practice amounted
3. to nothing less than deliberately
4. forcing an inmate to choose between
5. reasonable safety and/or security
6. sincerity at the expense of the deprivation-
7. tion of his/her liberty interests, etc.
8. amongst other available alternatives.
9. [3.A.13] - Due to named defendants
10. ~~aforesaid~~ AZ Dept of Corrections
11. Board of Executive Clemency, Maricopa
12. County, Christopher Moody, Jamie Pitz,
13. David Greene, Dwayne Bussey, Mario
14. Miller, Jackson and/or Capt. B. Richards
15. Lack of Statutory Authority (§41-1604.07-08)
16. to deprive plaintiff of such, etc. Because
17. such acts/omissions otherwise thus
18. subjected the plaintiff to a substan-
19. tially lengthier sentence than originally
20. imposed by the sentencing court.
21.
22. [3.A.14] - Ultimately, the plaintiff (sua sponte
23. soon) was otherwise transferred
24. from: A.S.P.C-Lewis/Buckley Unit
25. to: A.S.P.C-Lewis/Bast Unit
26. in approximately January 2018.
27.
28. [3.A.15] - Additionally, in June 17, 2019
29. the plaintiff Cook was
30. brutally physically assaulted

- While Housed At A.S.P.C.-Lewis Buckley Unit (5)

[3.A.16] - Upon Advising Named Defendant Chestum And/or Sgt Jane Doe of being The Victim of Such Physical Assault The Plaintiff Verbally Requested A Reasonable Nursing Accomidation in Securing Reasonable Safety

[3.A.17] - However, Named Defendant(s) Chestum, Sgt Jane Doe Displayed A Wreckhless Disregard to the Plaintiffs Health and Safety Need(s) And/or Concerns Wherein Such Deliberate Indifference became Readily Apparent by Subjecting Plaintiff to Disciplinary Action and Placement into Administrative Segregation

## COUNT III

1. State the constitutional or other federal civil right that was violated: 8th Amendment - Cruel & Unusual Punishment

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   [3.A.1] - In Approximately June 2019 the Plaintiff was transferred from A.S.P.C.-Lewis/Rast Unit to A.S.P.C.-Lewis/Buckley Unit(s)

   [3.A.2] - Despite the Plaintiff's history of physical/sexual assault Defendants James Addie, C.O.II M.L. Oshiro, and others turned to subject the Plaintiff to a F.B.E.A screening pursuant to D.O.# 811

   [3.A.3] - While Plaintiff is an obvious male to female transgender whom had been the previous victim to sexual assault at A.S.P.C.-Lewis/Buckley

   [3.A.4] - In less than (2) weeks from the Plaintiff's arrival on A.S.P.C. Lewis/Buckley Unit on June 12, 2019 the Plaintiff was brutally assaulted

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). The irreparable loss of teeth, mental anguish, emotional distress, psychological injury due to exacerbated/underlying P.T.S.D., D.I.D. and....

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   2. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   3. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

1. [3.A.5] - Specifically, upon being assaulted
2. the Plaintiff subsequently lost
3. a total of (10) of his/her front teeth
4. wherein otherwise alleged to be abstracted
5. as dental care recessions is reflective
6. by medical records

7.
8. [3.A.7] - Nevertheless, defendants
9. Chustun & Captain Hamilton should
10. of known/ruled upon verbally advising
11. Defendant Chustun of the surrounding
12. circumstances and/or history of physical
13. assault/sexual victimization.

14. [3.A.8] Defendant Chustun still directed
15. that I would back on Butchey
16. unit after just being brutally assaulted
17. in the apparent display of deliberate
18. indifference

19.
20.
21. [3.A.9] - While the Plaintiff obviously
22. refused to house on Butchey unit
23. wherein verbally expressed a substantial
24. risk to his/her future health and
25. safety

26.
27. [3.A.10] - Named defendants Janice Abb
28. C.O.II M.L Oshita, Morin Office
29. Chustun, Jackson and/or Captain
30. Hamilton otherwise remained deliberately
31. indifferent to the Plaintiff's health
32. and safety while subjecting him/her to
33. subjecting him/her to disciplinary

Action And Placement Into Administrative Segregation As Punishment For Seeking Reasonable Safety.

[3.A.11] - However, On August 19, 2019 The Plaintiff Was Subsequently Released From the Dept of Corrections

## Count IV.
## 8th Amend: Cruel & Unusual Punishment

### 1.A) Supporting Facts

On May 26, 2021 The Plaintiff was Alleged to have violated the Conditions of His/Her Parole For Being Homeless And Unable to Find A Reasonable Housing

[1.A.2] - Upon Parole Revocation Meeting On or About July 21, 2021... The Plaintiff was Housed at A.S.P.C.-Lewis Morey Unit

[1.A.3] While Dept officials John Doe M.L Oshitu And/or Captain Hamilton Deliberately Failed to Conduct A P.B.E.A Screening Thus to Determine A Reasonable Housing Accomodation In Light of History of Sexual Victimization

[1.A.4] - The Plaintiff was placed within 3-A-09 on August 09, 2021 wherein In Less than 24 hours

Become The Victim of Prison Rape

[1.A.5] - Upon Reporting Such Seriously Motivated violence to Health Care Proffesionals While on Mental Health Watch on Aug 10, 2021

[1.A.6] - The Plantiff Was Interviewed by C.I.U

[1-A.7] - Nevertheless, on or about August 15, 2021 The Plantiff was Placed back within A.S.P.C Lewis/Morey Unit Despite Substantial Risk of Harm to The Plantiffs Future Health And Safety

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff Seeks Temporary Injunctive Relief (T.R.O.) Injunctive Relief And Declaratory Judgement Plaintiff Also Seeks Compensatory Damages, Punitive Damages, Nominal Damages

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept 28, 2021
DATE

[signature]
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

# CERTIFICATION

I hereby certify that on this date _____ **October 14, 2021** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____  **A7879**
Legal Support Specialist Signature   S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009