# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seantain Cook, <br><br> Plaintiff, <br><br> v. <br><br> Arizona Department of Corrections, et al., <br><br> Defendants. | NO. CV-21-01777-PHX-JJT (JZB) <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 28, 2021, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice for failure to state a claim.  This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

December 16, 2021

                                              s/ S. Hargrove
                                    By   Deputy Clerk